UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES DECANIO,<br>    Plaintiff(s),<br>v.<br>GEICO ADVANTAGE INSURANCE COMPANY,<br>    Defendant(s). | Case No. 2:22-cv-00356-CDS-NJK<br><br>**Order**<br><br>[Docket No. 15] |

    Pending before the Court is a notice of Rule 26(f) conference. Docket No. 15. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

    IT IS SO ORDERED.

    Dated: May 9, 2022

                                                                                           Nancy J. Koppe<br>
                                                                                         United States Magistrate Judge