McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
 *jonathan.carlson@mccormickbarstow.com*
Frank A Toddre, II
Nevada Bar No. 11474
 *frank.toddre@mccormickbarstow.com*
Julianne M. Ference
Nevada Bar No. 16164C
 *julianne.ference@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

Attorneys for GEICO ADVANTAGE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES DECANIO, an individual,<br><br>       Plaintiff,<br><br>   v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY, a foreign corporation; DOE INDIVIDUALS I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>       Defendants. | Case No. 2:22-cv-00356-CDS-NJK<br><br>**STIPULATION AND ORDER TO STAY LITIGATION** |

Plaintiff, James Decanio, and Defendant, GEICO Advantage Insurance Company ("GEICO"), hereinafter collectively referred to as "the Parties" hereby stipulate to the following and move the Court accordingly:

1.     The parties have entered into an Agreement to have the contractual benefits determined through private binding arbitration.

2.     To effectuate the Agreement, the Parties agree and stipulate that this entire proceeding be stayed to allow the Parties to conclusively determine the value of Plaintiff's personal injury claims and, accordingly, the extent of his entitlement to contractual benefits.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

Case No. 2:22-cv-00356-CDS-NJK

STIPULATION AND ORDER TO STAY LITIGATION

3. The parties respectfully request that the hearing on July 6, 2022 be vacated as the parties have agreed to subsume the extra-contractual causes of action as part of the binding arbitration process.

It is the intent of the Parties that the Court retain its jurisdiction so as to be able to confirm the award as a judgment.

**IT IS SO MOVED AND STIPULATED:**

DATED this 28th day of June, 2022

           THE 702FIRM INJURY ATTORNEYS

           By    /s/ Joel S. Hengstler
           Michael C. Kane, Nevada Bar No. 10096
           Bradley J. Myers, Nevada Bar No. 8857
           Joel S. Hengstler, Nevada Bar No. 11597
           400 South 7th Street, 4th Floor
           Las Vegas, Nevada 89101
           Tel. (702) 776-3333
           Attorneys for Plaintiff

DATED this 28th day of June, 2022

           McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

           By    /s/ Jonathan W. Carlson
           Jonathan W. Carlson, Nevada Bar No. 10536
           Frank A Toddre, II, Nevada Bar No. 11474
           Julianne M. Ference, Nevada Bar No. 16164C
           8337 West Sunset Road, Suite 350
           Las Vegas, Nevada 89113
           Tel. (702) 949-1100
           Attorneys for Defendant

## ORDER

**IT IS SO ORDERED.**

DATED this 1st day of July, 2022.

           By    /s/
           UNITED STATES DISTRICT JUDGE

8487931.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2022, a true and correct copy of **STIPULATION AND ORDER TO STAY LITIGATION** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  /s/ Cheryl A. Schneider
Cheryl A. Schneider, an Employee of
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP