McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  jonathan.carlson@mccormickbarstow.com
Cheryl A. Grames
Nevada Bar No. 12752
  cheryl.grames@mccormickbarstow.com
Stacy Norris
Nevada Bar No. 15445
  stacy.norris@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

Attorneys for GEICO ADVANTAGE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES DECANIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY, a foreign corporation; DOE INDIVIDUALS I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00356-CDS-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED between the parties named above, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset
Road, Suite 350
Las Vegas, NV 89113

Case No. 2:22-cv-00356-CDS-NJK
STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Re: Decanio v. GEICO, et al.
Case No. 2:22-cv-00356-CDS-NJK

Each party will bear their own costs and attorneys' fees.

DATED this 19 day of December, 2023

THE 702FIRM INJURY ATTORNEYS

By _____
Michael C. Kane, Nevada Bar No. 10096
Bradley J. Myers, Nevada Bar No. 8857
Joel S. Hengstler, Nevada Bar No. 11597
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
Tel. (702) 776-3333

Attorneys for Plaintiff

DATED this 19 day of December, 2023

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By   /s/Jonathan W. Carlson
Jonathan W. Carlson, Nevada Bar No. 10536
Cheryl A. Grames, Nevada Bar No. 12752
Stacy Norris, Nevada Bar No. 15445
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for GEICO ADVANTAGE INSURANCE COMPANY

## ORDER

**IT IS SO ORDERED.** The Clerk of Court is kindly instructed to close this case.

DATED this 21st day of December, 2023

_____
UNITED STATES DISTRICT JUDGE

9516715.1